UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

**COVER SHEET FOR AMENDMENTS**

Case Name: LaShawnda Stevens      Case No.: 19-41974

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

☐ **Amendment to Petition:**
  ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
☐ **Statement of Financial Affairs**
☐ **Schedules and List of Creditors:**
  ☐ Schedule A/B
  ☑ Schedule C ☐ Debtor 2 Schedule C
  ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
    ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
    ☐ Change address of a creditor already on the List of Creditors – **No Fee Required**
  ☐ Schedule G
  ☐ Schedule H
  ☐ Schedule I
  ☐ Schedule J
  ☐ Schedule J-2

NOTE: Use Page 2 for any corrections or additions to the List of Creditors.

Additional Details of Amendment(s): _____

| ➡ | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. | |
|---|---|---|
| Date | Signature | |
| ➡ | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. | |
| Date 5-10-19 | Signature | |
| Date | Signature | |

1

19-41974-mar    Doc 30    Filed 05/10/19    Entered 05/10/19 14:02:01    Page 1 of 4

## CORRECTIONS TO THE LIST OF CREDITORS

Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.

PREVIOUS NAME/ADDRESS OF CREDITOR:  PLEASE CHANGE TO:

_____  _____
_____  _____
_____  _____

PREVIOUS NAME/ADDRESS OF CREDITOR:  PLEASE CHANGE TO:

_____  _____
_____  _____
_____  _____

PREVIOUS NAME/ADDRESS OF CREDITOR:  PLEASE CHANGE TO:

_____  _____
_____  _____
_____  _____

## ADDITIONS TO THE LIST OF CREDITORS

Use this section to identify creditors added to the schedules and List of Creditors.

NAME OF CREDITOR: _____

ADDRESS: _____
_____

NAME OF CREDITOR: _____

ADDRESS: _____
_____

NAME OF CREDITOR: _____

ADDRESS: _____
_____

**FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE**

Fill in this information to identify your case:

Debtor 1  LaShunda Renee Stevens
          First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of Michigan

Case number  19-41974
(If known)

☑ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt   04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*
   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: home<br>Line from Schedule A/B: 1 | $86,300 | ☐ $_____<br>☑ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(m-o) |
| Brief description: _____<br>Line from Schedule A/B: __ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: __ | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  KaShunda Renee Stevens    Case number (if known) 19-41974

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods / Line from Schedule A/B: 6 | $7,000.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(c) |
| Brief description: Electronics / Line from Schedule A/B: 7 | $2,000.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(c) |
| Brief description: Clothes / Line from Schedule A/B: 11 | $1,600.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(a) |
| Brief description: Dog / Line from Schedule A/B: 13 | $50.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | MCL 600.5451(1)(f) |
| Brief description: Tax refunds / Line from Schedule A/B: 28 | $3,052 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: Chase / Line from Schedule A/B: 17 | $400.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 2 of __