# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                                           In Bankruptcy:

**LASHAUNDA RENEE STEVENS**                                  Case No. 19-41974-mar
                                                            Chapter 7
                                                            Hon. Mark A. Randon

      Debtor

---

## SUPPLEMENTARY EXHIBIT IN SUPPORT OF
## TRUSTEE'S OBJECTION TO MOTION TO CONVERT

      Wendy Turner Lewis, Trustee, by and through her attorneys, Clayson, Schneider & Miller, P.C., hereby submits the attached Comparative Market Analysis in support of her Objection to Debtor's Motion to Convert from Chapter 7 to Chapter 13 (Docket # 44).

      Respectfully submitted,

      **CLAYSON, SCHNEIDER & MILLER P.C.**

Dated: July 16, 2018      */s/ David P. Miller, attorney*
      David P. Miller (P-79911)
      645 Griswold, Suite 3900
      Detroit, MI 48226
      (313) 237-0850 ext. 113
      david@detlegal.com



PROPERTY REPORT

# 16858 Avon Ave, Detroit, MI 48219



Presented by

## Bill Swanson | REALTOR®
Michigan Real Estate License: 6501381221

Mobile: (313) 506-5471 | Fax: (313) 963-9892

**Oconnor Realty**
2122 Michigan Ave
Detroit, MI 48216

Comparative Market Analysis- Client David Miller

Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/16/2019

**REALCOMP** | Property Report                16858 Avon Ave, Detroit, MI 48219
Data-driven, Results-focused MLS

# 16858 Avon Ave, Detroit, MI 48219



Legend: 🏠 Subject Property

**OFF MARKET**
- *Sold Date: 5/11/2015*
- *Public Record*

## Current Estimated Value*

## $144,120

Last RVM® Update: 7/2/2019

RVM® Est. Range: $126,826 – $161,414

RVM® Confidence: ★★★★☆

*Current Estimated Value is the based on our programs algorithm
** Comp Analysis is based on Agent evaluation of the comps

## Comp Analysis**

## $158,183

Last Edited: 7/16/2019

$96 Price per Sq. Ft.

**Your Comp Analysis Range**

**$135,894 – $182,650**

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. Some portions of this report may have been provided by an RPR user; RPR is not responsible for any content provided by its users. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*



## Home Facts

| Home Facts | Public Facts | Listing Facts | Realtor Refinements |
|---|---|---|---|
| Property Type | **Single Family Residence** | – | – |
| Property Subtype | **Single Family** | – | – |
| Bedrooms | – | – | **3** |
| Total Baths | **2** | – | – |
| Full Baths | **1** | – | – |
| Partial Baths | **1** | – | – |
| Living Area (sq ft) | **1,641** | – | – |
| Lot Size | **5,184 sq ft** | – | – |
| Lot Dimensions | **5184 SF** | – | – |
| Garage | **Yes** | – | – |
| Garage (spaces) | **1** | – | – |
| Year Built | **1947** | – | – |
| Heating | **Forced air unit** | – | – |
| Cooling | **Yes** | – | – |
| Fireplaces | **1** | – | – |
| Basement | **B** | – | – |
| Foundation | **Concrete** | – | – |
| Construction | **Brick** | – | – |
| Exterior Walls | **Brick** | – | – |
| Number of Stories | **2 story with basement** | – | – |

## Homeowner Facts

| | |
|---|---|
| Owner Name (Public) | **Stevens, Lashaunda** |
| Mailing Address | **16858 Avon Ave Detroit MI 48219** |
| Owner Occupied | **Yes** |


Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/16/2019

# Extended Home Facts



Legend: 🏠 Subject Property

## Interior Details

| | |
|---|---|
| **Number of Plumbing Fixtures** | 005 |
| **Base Area** | 682 sq ft |
| **Lower/Basement** | 512 sq ft |
| **Garage** | 280 sq ft |
| **Porch - Open** | 40 sq ft |

## Exterior Details

| | |
|---|---|
| **Lot Size - Square Feet** | 5184 sq ft |
| **Lot Size - Frontage Feet** | 444.0 sq ft |
| **Lot Size - Depth Feet** | 130.0 sq ft |
| **Lot Size - Acres** | 0.119 ac |

## Location Details

**Walkability Score** (out of 5)   Overall: 2.4 | Amenity: 2.4 | Leisure: 2.4

## Other Details

**Building Quality**   C



Property Report — 16858 Avon Ave, Detroit, MI 48219

# Historical Photos














Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

# Refined Value

| | | |
|---|---|---|
| Original Estimated Value | See page 2 of report for details | $144,120 |
| Home Facts | See Home Facts for details | $0 |
| Home Improvements | See Home Improvements for details | $0 |
| Needed Improvements | See Needed Improvements for details | $0 |
| Market Conditions | See Market Conditions for details | -$5,241 |
| | Changes to Estimated Value based on all refinements | $138,879 |
| | | -$5,241 |

Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    7/16/2019

# Refined Value: Market Conditions

| Factor | Rating | Value |
|---|---|---|
| **Local Market Conditions** | Average (Slow — Average — Hot) | $0 |
| **Home Exterior Condition** (relative to other properties) | Between Inferior and Equal | -$2,620 |
| **Home Interior Condition** (relative to other properties) | Between Inferior and Equal | -$2,620 |
| **Lot Size** (relative to other properties) | Equal | $0 |
| **View** (relative to other properties) | Equal | $0 |
| **Privacy** (relative to other properties) | Equal | $0 |

**Changes to Estimated Value based on market conditions: -$5,241**

RPR — Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity.    7/16/2019


# Comparative Analysis

**1  Confirm the Property Facts**
Your realtor confirmed the property facts for this property so they could be used in selecting homes.



**2  Average of Comps**
Comps form the foundation of this analysis. Your agent has selected key comps for you to review.

$158,183
Range: $135,894 – $182,650
(or $96 per sq. ft.)

**3  Adjustments**
Your agent has some insight into how your home relates to these comps that have adjusted the result.

—

**4  Adjusted Value**

$158,183
Range: $135,894 – $182,650
(or $96 per sq. ft.)
Last Updated: 7/16/2019

Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.
7/16/2019


# Comps and Adjustments



**LEGEND:** Subject Property | Pending | For Sale or For Lease | Distressed | Recent Sale | Off Market

## This Property

| | | Proxim. | Days in RPR | Date | Amount | $/sq ft | Living Area | Lot Size | Beds | Baths | Built |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OFF MARKET 16858 Avon Ave Detroit, MI 48219 | – | – | – | – | $88 | 1,641 sq ft | 5,184 sq ft | 3 | 2 | 1947 |

## Recently Sold

| | Address | Proxim. | Days in RPR | Date | Amount | $/sq ft | Living Area | Lot Size | Beds | Baths | Built | Comp vs Subject |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 RECENTLY SOLD 16878 Glastonbury Rd Detroit, MI 48219 | .14 Mi. E | 183 days | 6/10/2019 Sold Date | $156,100 Sold Price | $108 | 1,452 sq ft | 6,098 sq ft | 3 | 2 | 1949 | Same |
| | 7 RECENTLY SOLD 16834 Glastonbury Rd Detroit, MI 48219 | .14 Mi. E | 94 days | 7/1/2019 Sold Date | $159,900 Sold Price | $89 | 1,800 sq ft | 6,098 sq ft | 3 | 2 | 1928 | Same |
| | 8 RECENTLY SOLD 16740 Glastonbury Rd Detroit, MI 48219 | .19 Mi. SE | 35 days | 7/5/2019 Sold Date | $147,000 Sold Price | $89 | 1,644 sq ft | 6,098 sq ft | 3 | 2 | 1945 | Same |

 RPR — Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved. Information is not guaranteed. Equal Housing Opportunity. 7/16/2019



## Properties Off Market

| | Address | Proxim. | Days in RPR | Date | Amount | $/sq ft | Living Area | Lot Size | Beds | Baths | Built | Comp vs Subject |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 SOLD | 16887 Glastonbury Rd, Detroit, MI 48219 | .09 Mi. E | 60 days | 1/7/2019 Sold Date | $128,000 Sold Price | $111 | 1,150 sq ft | 0.25 acres | 3 | 2 | 1937 | Same |
| 2 SOLD | 16723 Greenview Ave, Detroit, MI 48219 | .15 Mi. S | 39 days | 11/30/2018 Sold Date | $115,900 Sold Price | $84 | 1,383 sq ft | 5,227 sq ft | 3 | 2 | 1940 | Same |
| 3 SOLD | 16701 Greenview Ave, Detroit, MI 48219 | .18 Mi. S | 236 days | 4/3/2019 Sold Date | $119,000 Sold Price | $83 | 1,437 sq ft | 5,662 sq ft | 3 | 1 | 1941 | Same |
| 4 SOLD | 16769 Sunderland Rd, Detroit, MI 48219 | .18 Mi. SW | 133 days | 4/2/2019 Sold Date | $157,000 Sold Price | $107 | 1,472 sq ft | 4,791 sq ft | 3 | 2 | 1935 | Same |
| 5 SOLD | 16860 Glastonbury Rd, Detroit, MI 48219 | .14 Mi. E | 106 days | 2/8/2019 Sold Date | $147,500 Sold Price | $101 | 1,463 sq ft | 6,098 sq ft | 3 | 2 | 1939 | Same |

Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.    7/16/2019

 | Property Report     16858 Avon Ave, Detroit, MI 48219

## About RPR (Realtors Property Resource)

- Realtors Property Resource® is a wholly owned subsidiary of the National Association REALTORS®.
- RPR offers comprehensive data – including a nationwide database of 164 million properties – as well as powerful analytics and dynamic reports exclusively for members of the NAR.
- RPR's focus is giving residential and commercial real estate practitioners, brokers, and MLS and Association staff the tools they need to serve their clients.
- This report has been provided to you by a member of the NAR.



## About RPR's Data

RPR generates and compiles real estate and other data from a vast array of sources. The data contained in your report includes some or all of the following:

- **Listing data** from our partner MLSs and CIEs, and related calculations, like estimated value for a property or median sales price for a local market.
- **Public records data** including tax, assessment, and deed information. Foreclosure and distressed data from public records and RealtyTrac.
- **Market conditions and forecasts** based on listing and public records data.
- **Census and employment data** from the U.S. Census and the U.S. Bureau of Labor Statistics.
- **Demographics and trends data** from Esri. The data in commercial and economic reports includes Tapestry Segmentation, which classifies U.S. residential neighborhoods into unique market segments based on socioeconomic and demographic characteristics.
- **Business data** including consumer expenditures, commercial market potential, retail marketplace, SIC and NAICS business information, and banking potential data from Esri.
- **School data and reviews** from Niche.
- **Specialty data sets** such as walkability scores, traffic counts and flood zones.



## Update Frequency

- Listings and public records data are updated on a continuous basis.
- Charts and statistics calculated from listing and public records data are refreshed monthly.
- Other data sets range from daily to annual updates.

## Learn more

For more information about RPR, please visit RPR's public website: http://blog.narrpr.com

 



Copyright 2019 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.

7/16/2019